IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRESTON A. POTTER                                                                Plaintiff

v.                                          3:08CV00004 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                         Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 23rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE