IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRESTON A. POTTER                                                              PLAINTIFF

v.                              Civil Case No. 3:08CV00004 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                 DEFENDANT

## ORDER

On February 23, 2009, the court entered an Order and Judgment reversing the decision of the Commissioner and remanding the case for further proceedings. Plaintiff has filed a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 17) He seeks compensation for 40 hours of work performed by his attorney in 2006-07 at a rate of $172.85 per hour and for expenses in the amount of $105.35, for a total of $7,019.35. The Defendant has not filed a response to Plaintiff's motion.

The court hereby directs the clerk to serve upon the Defendant a copy of Plaintiff's motion and orders the Defendant to file a response within fourteen days of receipt.

IT IS SO ORDERED this 7th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE